

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| ROBERT EDWIN JACOBSEN, | § § | CASE NO. 07-41092 |
| DEBTOR | § § | (Chapter 7) |
| ALISE MALIKYAR, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| CHRISTOPHER MOSER, | § § | ADVERSARY NO. 10-04253 |
| Defendant. | § § | |

## ORDER GRANTING MOTION TO DISMISS

On this day came on for consideration the Motion to Dismiss ("Motion") filed by Christopher J. Moser, Trustee ("Trustee"). The Court finds that the Motion is well-taken and should be granted in all respects. **IT IS THEREFORE,**

**ORDERED** that the Motion is granted. **IT IS FURTHER**

**ORDERED** that the above-referenced adversary proceeding is hereby dismissed with prejudice. **IT IS FURTHER**

**ORDERED** that the Clerk of Court is hereby ordered to close the above-referenced adversary proceeding.

Signed on 01/03/2011

*Brenda T. Rhoades* SR

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE