IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ROBERT EDWIN JACOBSEN | § | Bankruptcy Case NO. 07-41092 |
| | § | (Chapter 7) |
| DEBTOR | § | |
| | § | |
| ALISE MALIKYAR | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| CHRISTOPHER MOSER, | § | Adversary No. 10-04253 |
| | § | |
| Defendant | § | |

## AGREED MOTION TO CONTINUE APRIL 18, 2011 HEARING

**TO THE HONORABLE BRENDA T. RHOADES, U.S. BANKRUPTCY JUDGE:**

ALISE MALIKYAR, Plaintiff, with agreement of Trustee Christopher Moser, respectively request the Court continue the April 18, 2011 hearing on the Plaintiff's Motion to Reconsider on the Court's decision to dismiss this case. The Trustee and all parties in the main case are attempting to reach a global settlement that includes the dismissal of this adversary. Appearing at the scheduled April 18, 2011 hearing would most likely be a waste of the Court's time as well as all parties in attendance. In addition, Alise Malikyar has been called to be present for an important family matter in New York and at present will be on an airline going from New York to California the day of the hearing.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff as well as the Trustee respectfully request that the Court grant this Motion to Continue the April 18, 2011, 1400 hr hearing regarding the Motion for Reconsideration of the Dismissal of this case for 30 days.

Dated: April 13, 2011

Respectfully Submitted

_[signature]_

Alise Malikyar
P.O. Box 1386
Lafayette, California 94545
phone: (925) 899-9890
fax: (925) 476-0200
Haena2@aol.com
Plaintiff, *in pro per*


*/s/ Christopher J. Moser*
Christopher Moser, Trustee


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 13, 2011, he served a true and correct copy of the **AGREED MOTION TO CONTINUE APRIL 18, 2011 HEARING** by First Class United States mail, correct postage prepaid, upon the following parties:

Christopher Moser
2001 Bryan Street, Suite 1800
Dallas, Texas 75201

Alise Malikyar
P.O. Box 1386
Lafayette, California 94545

Office of the U.S. Trustee
110 N. College Ave, Suite 300
Tyler, TX 75702


*/s/ Christopher J. Moser*
Christopher J. Moser